**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Action No. 94-cr-00231-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    TIMOTHY NELSON REEVES,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a hearing modification of conditions regarding Defendant Reeves is set **Tuesday, January 18, 2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

DATED:   January 7, 2011

---