**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  94-cr-00231-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    TIMOTHY NELSON REEVES,

       Defendant.

---

**ORDER**

---

On January 18, 2011, hearing was held upon the Petition of Garrett Pfalmer, Senior U.S. Probation Officer, for modification of Defendant Timothy Nelson Reeves' conditions of supervised release.  Plaintiff was represented by James Allison.  Defendant appeared in person together with his attorney, Warren R. Williamson.

Specifically, the Probation Officer seeks an order to include a special condition of supervised release requiring that "the Defendant shall participate in and successfully complete a sex offender evaluation."  The Court took judicial notice of its record and files in this case, Government Exhibits 1, 2, and 3 stipulated into the evidence, and the proffer by Mr. Allison to which there was no objection.

Having considered the evidence adduced together with the statements and arguments of counsel, the Court entered upon the record its specific findings of fact and conclusions of law.  Being duly advised

IT IS ORDERED as follows:

1. The Defendant shall participate in and successfully complete a sex offense specific evaluation as directed by the Probation Officer, which may include clinical interview, psychological testing, polygraph, plethysmograph and/or Abel examinations. The Court authorizes the Probation Officer to release psychological reports and/or the presentence report to the treatment agency for evaluation purposes.

2. Said sex offense specific evaluation shall be completed by Melissa Gursky, Clinical Director of Redirecting Sexual Aggression, Inc., 1410 Vance Street, Suite 107, Lakewood, Colorado 80214.

3. The Evaluator's report shall be submitted under seal to this Court and disclosed to no one other than this Court, Senior U.S. Probation Officer Garrett Pfalmer, James R. Allison, and Warren R. Williamson.

4. The report of the evaluation shall be submitted to the Court on or before Tuesday, February 22, 2011.

5. The above matter is continued for further proceedings to Thursday, February 24, 2011 at 10:30 a.m.

6. All previously imposed conditions shall remain in full force and effect.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

Dated:   January 19, 2011