**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Action No. 94-cr-00231-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    TIMOTHY NELSON REEVES,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to request of the Probation Officer, the further review hearing regarding modification of conditions set **Thursday, February 24, 2011 is VACATED and RESET for Wednesday, March 2, 2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

DATED:  February 7, 2011