**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Action No. 94-cr-00231-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     TIMOTHY NELSON REEVES,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a further hearing regarding modification of conditions of supervised release regarding Defendant Reeves is set **Tuesday, March 15, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

DATED:  March 3, 2011