**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Action No. 94-cr-00231-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    TIMOTHY NELSON REEVES,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

       This will confirm that a hearing on the supervised release violation regarding Defendant Reeves is set for one-half day on **Tuesday, April 19, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

       Government has **up to and including March 29, 2011** to file a response to Defendant's Memorandum of Law Regarding Proposed Modification of Conditions (Doc 65).

DATED:  March 15, 2011